ORIGINAL

FILED

10/24/2024

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: PR 23-0496

## IN THE SUPREME COURT OF THE STATE OF MONTANA

PR 23-0496

_____

IN THE MATTER OF

AUSTIN MILES KNUDSEN,

Attorney at Law,

Respondent.

**FILED**

OCT 2 4 2024

Bowen Greenwood
Clerk of Supreme Court
State of Montana

**RECUSAL NOTICE**

_____

Comes Now the undersigned Justice of this Court and hereby gives notice of his prior and continuing recusal pursuant to M. Cod. Jud. Conduct 1.2 comment (5), 2.12(A)(2)(d), and (5)(c) from participation in deliberations and decision on matters previously and hereafter at issue in the above-captioned matter in the wake of being recently deposed as a non-party witness in advance of the underlying Judicial Standards Commission adjudicatory hearing.

The Clerk shall provide a copy of this Notice to all counsel of record and the other Justices of this Court.

Dated this 24th day of October, 2024.

_____
DIRK M. SANDEFUR, Associate Justice